
FILED
2019 May-02 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMEKA POWELL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PREMIER KINGS, INC., )<br>)<br>Defendant. )<br>) | 7:17-cv-00790-LSC |

**Order**

Before this Court is the parties' Joint Motion for Approval of Settlement Agreements and Dismissal with Prejudice. (Doc. 27.) After *in camera* review of the settlement agreements between Plaintiffs, Jameka Powell, Aphtine Hill, and DeShannon Kinnion, and Defendant Premier Kings, Inc., the Court finds that the terms of the settlement agreements are "a fair and reasonable resolution of a bona fide dispute." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). *See generally Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1306 (11th Cir. 2013). Accordingly, the case is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** on May 2, 2019.

_____
L. Scott Coogler
United States District Judge

194800